Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia  [▾]

JOHN CONRAD CHEEKS

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

POWERBALL    etal.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:24-cv-02724   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 9/24/2024
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)*  [✓]Yes  [ ]No

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | JOHN C. CHEEKS |
| Street Address | 4433 P STREET N.W |
| City and County | WASHINGTON |
| State and Zip Code | D.C 20007 |
| Telephone Number | (202) 892-9583 |
| E-mail Address | USCHTINC@GMAIL.COM |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

SEP 24 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                   *POWERBALL*

    Job or Title *(if known)*

    Street Address        *250 MARRIOTT DRIVE SUITE 250*

    City and County       *TALLAHASSE*

    State and Zip Code     *FLORIDA  32301*

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)*  John C. CHEEKS , is a citizen of the State of *(name)*  WASHINGTON D.C .

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

b.     If the defendant is a corporation

The defendant, *(name)* **POWERBALL**, is incorporated under the laws of the State of *(name)* **FLORIDA**, and has its principal place of business in the State of *(name)* **TALLAHASSE, FL.**

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy **$320,600,000⁰⁰ USD PLUS INTREST**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**POWERBALL LOTTERY TICKET WAS NOT PAID BY DEFENDANTS AFTER DRAWING NUMBERS THAT MATCHED PLAINTIFFS LOTTERY TICKET ON JAN. 07, 2023 UNTIL PRESENT DAY.**

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**DEFENDANT ISSUED POWERBALL LOTTERY NUMBERS THAT MATCHED PLAINTIFFS POWERBALL LOTTERY TICKET PURCHASED IN WASHINGTON D.C FOR THE DRAWING ON JAN. 07, 2023. DEFENDANT AFFIRMED AND SENT POWERBALL LOTTERY NUMBERS TO WASH D.C LOTTERY**

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**PLAINTIFF SEEKS RELIEF DUE IN THE AMOUNT $320,600,000⁰⁰ MILLION DOLLARS FOR THE GRAND PRIZE OF JAN. 07, 2023 AND $1,080,000,000⁰⁰ (ONE BILLION DOLLARS EIGHTY THOUSAND DOLLARS) FOR DAMAGES BY USING MY GRAND PRIZE AMOUNT TO ADVANCE A LARGER GRAND PRIZE ON 07/19/2023.**

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _SEPTEMBER 24, 2024_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _JOHN C. CHEEKS_____

### B.  For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

JOHN C. CHEEKS, Pro Se
_____
PLAINTIFF

4433 P STREET N.W
_____
Address (No Post Office Boxes)

WASHINGTON   D.C  20007
_____
City            State    Zip Code

VS.

CIVIL ACTION NO. _____

POWERBALL        et.al.
_____
DEFENDANT

Jury Trial: [✓] Yes   [ ] No

250 MARRIOTT DRIVE, Suite 250
_____
Address (No Post Office Boxes)

TALLAHASSE FLORIDA 32301
_____
City            State    Zip Code

### COMPLAINT

1.) FAILURE TO PAY POWERBALL LOTTERY GRAND PRIZE
DRAWN ON JAN. 07, 2023 THAT MATCHED PLAINTIFFS
LOTTERY TICKET PURCHASED ON JAN. 06, 2023.

2.) DEFENDANT ISSUED POWERBALL LOTTERY NUMBERS TO THE
D.C. OFFICE OF LOTTERY AND GAMING, AS THE WINNING NUMBERS
ON WEB SITE OR WEB PAGE OF D.C. OFFICE OF LOTTERY & GAMING
FOR PUBLIC ANNOUCEMENT OF WINNING NUMBERS.

3.) DEFENDANT USED GRAND PRIZE OF PLAINTIFF TO ADVANCE POWERBALL
JACKPOT TO A DIFFERENT WINNER OF $1,080,000,000°° ON 7/19/2023.

_____
Original Signature (in pen)

JOHN C. CHEEKS, Pro Se
_____
Name (if applicable, Prisoner ID No.)

4433 P STREET, N.W
_____
Address or Facility Address

WASH. D.C  20007
_____
City            State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed

John C. Chesley, Pro Se
4499 P Street NW
Washington DC 20007

Powerball attn
200 Marriott Drive, Suite 50
Tallahassee, Florida 32301

1) Failure to pay Powerball lottery grand prize drawn on Jan. 7, 2023 that matched plaintiff's lottery ticket purchased on Jan. 6, 2023.

2) Defendant issued Powerball lottery numbers to the D.C. Office of Lottery and Gaming as the winning numbers on web site and web page of D.C. Office of Lottery & Gaming for public announcement of winning numbers.

3) Defendant used grand prize of plaintiff to advance payment to a different winner of $1,080,000,000 on 7/19/2023.

John C. Chesley, pro se
4499 P Street NW
Wash. D.C. 20007